UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| COBBLESTONE WOODS TOWNHOUSE CONDOMINIUM ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>GREATER NEW YORK MUTUAL INSURANCE COMPANY,<br><br>Defendant. | ) | No. 3:24-cv-50513 |

**COMPLAINT**

Plaintiff, Cobblestone Woods Townhouse Condominium Association, by its undersigned attorneys, for its Complaint against Defendant, Greater New York Mutual Insurance Company, states as follows:

1. Plaintiff, Cobblestone Woods Townhouse Condominium Association ("Cobblestone"), is a citizen of Illinois, being an Illinois not-for-profit corporation with its principal place of business in Prairie Grove, Illinois, and is the owner of 42 two-story, multi-family buildings located in Prairie Grove, Illinois (collectively "the Buildings").

2. Defendant, Greater New York Mutual Insurance Company ("GNY"), is a New York citizen, being a New York corporation with its principal place of business in New York, New York.

3. This Court has subject matter jurisdiction over this matter pursuant to Title 28, U.S.C. § 1332(c)(1) because there is complete diversity of citizenship of the parties and the amount in controversy exceeds $75,000.

4. Venue is proper in this Court pursuant to Title 28, U.S.C. § 1391 because the events giving rise to its claims occurred in this judicial district. Additionally, GNY does business and/or transacts business in this judicial district and, therefore, it is subject to personal jurisdiction in this judicial district and resides here for venue purposes.

5. GNY issued to Cobblestone a commercial property insurance policy effective December 1, 2023, to December 1, 2024 ("the insurance policy" or "the insurance contract", a copy of which is attached to this Complaint as Exhibit A).

6. Under the "Condominium Association Coverage Form" of the insurance policy, GNY insured against direct physical loss of or damage to the Buildings caused by or resulting from a covered cause of loss.

7. Under the "Causes of Loss-Special Form" of the insurance policy, covered causes of loss are risks of direct physical loss unless the loss is limited or excluded in the insurance policy.

8. Loss caused by hail and/or wind is not limited or excluded under the terms and conditions of the insurance policy and, therefore, is a covered cause of loss.

9. On or about April 1, 2024, while the insurance policy was in full force and effect, the Buildings were damaged by hail and wind ("the loss").

10. Cobblestone submitted a claim to GNY for benefits under the insurance policy.

11. Cobblestone has substantially performed all post-loss conditions required by the insurance policy to be performed by it, requested of it, and/or not waived by GNY including, but not limited to (a) giving prompt notice of the loss, (b) cooperating with GNY in its investigation of the loss and ensuing claim, and (c) filing suit against GNY within two years of the loss.

12. It is GNY's contractual obligation to pay for amounts due under the insurance policy for the covered loss, including the cost to repair/replace the hail and wind damage to the Buildings.

13. Although requested to do so, GNY has failed to pay for the hail and wind damage to the Buildings, thus breaching the insurance policy.

14. This breach of the insurance contract was and is the direct and proximate cause of damage to Cobblestone in an amount in excess of $75,000.

15. This is an action based on a "written instrument" within the meaning of the Illinois Interest Act and, therefore, Cobblestone is entitled to prejudgment interest.

WHEREFORE, Plaintiff, Cobblestone Woods Townhouse Condominium Association, prays for judgment in its favor and against Defendant, Greater New York Mutual Insurance Company, in an amount in excess of $75,000 plus prejudgment interest and costs.

**Plaintiff demands a trial by jury.**

/s/ Edward Eshoo, Jr.
Edward Eshoo, Jr.
Christina M. Phillips
MERLIN LAW GROUP
181 W. Madison Street, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com
Attorneys for Plaintiff